O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV03-8023-AHM (RZx) | Date | February 18, 2010 |
|---|---|---|---|
| Title | H. RAY LAHR v. NATIONAL TRANSPORTATION SAFETY BOARD | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Recorded | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

On the Court's own motion, the Court hereby sets a status conference date of March 22, 2010 at 1:30 p.m. A joint status report must be filed by not later than March 15, 2010 advising of the current status of discovery and, if appropriate, proposing further pretrial and trial dates using the Court's Presumptive Schedule of Pretrial Dates, attached hereto as Exhibit A.

|  | : |  |
|---|---|---|
| Initials of Preparer | SMO | |

**JUDGE A HOWARD MATZ**
**PRESUMPTIVE SCHEDULE OF PRETRIAL DATES**

| Matter | Time | Weeks before trial | Plaintiff's Request | Defendant's Request | Court Order |
|---|---|---|---|---|---|
| **Trial date (jury) (court)** **Estimated length: _____ days** | 8:00 a.m. | | | | |
| **[Court trial:] File Findings of Fact and Conclusions of Law and Summaries of Direct Testimony** | | - 1 | | | |
| **Final Pretrial Conference; Hearing on Motions in Limine; File Agreed Upon Set of Jury Instructions and Verdict Forms and Joint Statement re Disputed Instructions and Verdict Forms; File Proposed *Voir Dire* Qs and Agreed-to Statement of Case** | 11:00 a.m. | - 2 | | | |
| **Lodge Pretrial Conf. Order** **File Memo of Contentions of Fact and Law; Exhibit List; Witness List; Status Report re Settlement** | | - 4 | | | |
| **Last day for hand-serving Motions in Limine** | | - 6 | | | |
| **Last Day to Meet Before Final Pretrial Conference (L.R. 16-2)** | | - 8 | | | |
| **Last day for hearing motions** | 10:00 a.m. | - 8 | | | |
| **Last day for hand-serving motions and filing (other than Motions in Limine)** | | - 12 | | | |
| **Non-expert Discovery cut-off** | | - 14 | | | |

**ADDITIONAL MATTERS TO BE DETERMINED AT SCHEDULING CONFERENCE**

**L.R. 16-15 Settlement Choice:   (1) CT/USMJ    (2) Atty    (3) Outside ADR**

| Matter | Time | Weeks before trial | Plaintiff's Request | Defendant's Request | Court Order |
|---|---|---|---|---|---|
| **Expert discovery cut-off** | | - 6 | | | |
| **Rebuttal Expert Witness Disclosure** | | - 9 | | | |
| **Opening Expert Witness Disclosure [See F.R.Civ.P. 26(a)(2)]** | | - 13 | | | |
| **Last day to conduct Settlement Conference** | | | ▓ | ▓ | |
| **Last Day to Amend Pleadings or Add Parties** | | | ▓ | ▓ | |

# EXHIBIT A