1  TONY WEST
2  Assistant Attorney General
3  ANDRÉ BIROTTE, JR.
   United States Attorney
4  ELIZABETH J. SHAPIRO, DC Bar 418925
5  DAVID M. GLASS, DC Bar 544549
   Attorneys, Department of Justice
6  20 Mass. Ave., N.W., Room 7200
7  Washington, D.C.  20530
   Tel: (202) 514-4469/Fax: (202) 616-8470
8  E-Mail: david.glass@usdoj.gov
9  Attorneys for Defendants

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

_____
                                  )   No. 2:03-cv-08023-AHM-RZ
**H. RAY LAHR,**                  )
                                  )   **CONSENT JUDGMENT**
            **Plaintiff,**        )
                                  )
       v.                         )
                                  )
**NATIONAL TRANSPORTATION**       )
**SAFETY BOARD,** *et al.*,       )
                                  )
            **Defendants.**       )
_____ )

   Subject to the approval of the Court, it is hereby stipulated and agreed as follows by and between the undersigned:

   1. Defendants shall pay plaintiff, H. Ray Lahr, the sum of $84,484.00 in full settlement of plaintiff's claim for attorney's fees and litigation costs.

Case 2:03-cv-08023-AHM-RZ   Document 153   Filed 07/19/10   Page 2 of 4   Page ID #:500

2. Payment of the sum referred to in ¶ 1 shall be accomplished as follows: provided that defendants' undersigned counsel receives actual notice not later than August 15, 2010, of the Court's approval of this consent judgment, defendant National Transportation Safety Board shall make an electronic funds transfer of $42,242.00 to John H. Clarke not later than September 30, 2010, and defendant Central Intelligence Agency shall certify to the Department of the Treasury not later than September 30, 2010, the sum of $42,242.00 for payment to John H. Clarke.

3. Compliance with all applicable federal, state, and local tax requirements shall be the sole responsibility of plaintiff and Mr. Clarke. Plaintiff and Mr. Clarke shall have sole responsibility for the payment of all taxes, penalties, and interest on the sum paid pursuant to ¶ 1.

4. This action is hereby dismissed with prejudice and, except as provided in ¶ 1, without fees or costs.

5. This consent judgment constitutes the entire agreement between the parties. No other understandings, statements, promises, or inducements exist.

APPROVED AND SO ORDERED.

Dated: July 19, 2010

**JS-6**

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

2

| | | |
|---|---|---|
| 1 | Dated: July 16, 2010 | *s/ John H. Clarke* (per e-mail authorization) |
| 2 | | JOHN H. CLARKE |
| 3 | | 1629 K Street, N.W., Suite 300 |
| | | Washington, D.C. 20006 |
| 4 | | Tel: (202) 344-0776 |
| 5 | | E-mail: johnhclarke@earthlink.net |
| | | Attorney for Plaintiff |
| 6 | | |
| 7 | Dated: July 16, 2010 | TONY WEST |
| 8 | | Assistant Attorney General |
| 9 | | ANDRÉ BIROTTE, JR. |
| | | United States Attorney |
| 10 | | |
| 11 | | *s/ David M. Glass* |
| 12 | | ELIZABETH J. SHAPIRO, DC Bar 418925 |
| | | DAVID M. GLASS, DC Bar 544549 |
| 13 | | Attorneys, Department of Justice |
| 14 | | 20 Mass. Ave., N.W., Room 7200 |
| | | Washington, D.C. 20530 |
| 15 | | Tel: (202) 514-4469/Fax: (202) 616-8470 |
| 16 | | E-mail: david.glass@usdoj.gov |
| | | Attorneys for Defendants |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2010, I filed the within consent judgment with the Court by means of its ECF system, thereby serving all counsel who are served via that system, and that I served John H. Clarke by e-mail at johnhclarke@earthlink.net.

                                                            *s/ David M. Glass*